```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            FEB 08 2022

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-mj-00103-VCF |
| | ) | |
| CAMERON YBARRA | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Elena Youchah, U.S. Magistrate Judge | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | February 9, 2022 at 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 8, 2022

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*